IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| TERESA A. JOPLIN, ) | |
| ) | Civil Action No. 2:04-cv-22436-GRA |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Upon consideration of Defendant's Unopposed Motion for Entry of Judgment and the attached fully favorable ALJ decision, it is hereby ordered that Judgement for Plaintiff is entered pursuant to Fed. R. Civ. P. 58(b).

**AND IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

November 29, 2011