AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Teresa A. Joplin <br> *Plaintiff* <br> v. <br> Commissioner of the Social Security Administration <br> *Defendant* | ) <br> ) <br> ) Civil Action No.    2:04-cv-22436-GRA <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is hereby ordered that Judgment for Plaintiff is entered pursuant to Fed. R. Civ. P. 58(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable G. Ross Anderson, Jr., Senior United States District Judge

Date:   November 29, 2011

*CLERK OF COURT*

s/ John P. Bryan, Jr.

*Signature of Clerk or Deputy Clerk*